IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| AMERICAN BUILDING MAINTENANCE COMPANY OF GEORGIA, | |
| Plaintiff, | CIVIL ACTION |
| v. | FILE NO. 3:08-cv-310-GCM |
| WEAVER-COOKE CONSTRUCTION, LLC., | |
| Defendant. | |

**ORDER ON JOINT MOTION TO EXTEND TIME
IN WHICH TO MEDIATE CASE**

On the parties' Joint Motion to Extend Time in Which to Mediate Case, and for good cause shown,

**IT IS HEREBY ORDERED** that the parties be **GRANTED** an additional forty-five (45) days, up through and including January 15, 2009, to mediate case.

SO ORDERED.                    Signed: December 2, 2008

_____
Graham C. Mullen
United States District Judge