UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-310-GCM

| | | |
|---|---|---|
| AMERICAN BUILDING MAINTENANCE COMPANY OF GEORGIA, | ) ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| WEAVER COOKE CONSTRUCTION, LLC, | ) ) | |
| Defendant | ) ) | |

    THIS MATTER is before the Court on its own motion. The trial of this matter is hereby rescheduled to **July 6, 2009,** at 10:00 a.m. The parties are directed to file a joint report of the status of this case within 15 days from the date of this order.

    SO ORDERED.　　　　　　　　　　　Signed: January 27, 2009

Graham C. Mullen
United States District Judge